**SO ORDERED.**

**SIGNED this 14th day of March, 2018.**



*Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

---

C-13-15a(Order)
(Rev. 11/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | |
| ) | |
| NONA BRADLEY HAILEY, ) | |
| ) | No. B-16-50098   C-13W |
| ) | |
| Debtor. ) | |

<u>ORDER</u>

This matter coming before the Court upon the Motion of Kathryn L. Bringle, Trustee for the above-referenced Debtor, to recommend modification of the Plan, and there being no filed objection to the Motion within the time period set forth in the Notice issued on February 5, 2018 by the Clerk of Court setting March 7, 2018 as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be granted; therefore, it is

**ORDERED** that plan payments are increased to $1,070.00 per month effective March 2018; and it is further

**ORDERED** that the Plan base amount is increased to THE GREATER OF $38,220.00 or the amount needed to pay all short-term secured and priority claims in full.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-50098   C-13W

NONA BRADLEY HAILEY
345 JANET AVENUE
WINSTON SALEM, NC 27104

WENDELL WES SCHOLLANDER III
SCHOLLANDER LAW OFFICES
2000 W FIRST STREET SUITE 308
WINSTON SALEM, NC 27104

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115